FILED 29 JUN '23 10:33 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

__Eugene__ DIVISION

James Ervin Brown Jr
_(Enter full name of plaintiff)_

Plaintiff,

v.

The State of Oregon
Governor Tina Kotek
Attorney General Ellen Rosenblum
Patricia Perlow
David Schwertz
Amber Kolsrud
Cliff Harold

_(Enter full name of ALL defendant(s))_

Defendant(s).

Civil Case No. 6:23-CV-00951-AR
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☑ Yes    ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**   Name: James Ervin Brown Jr. 1048983
Street Address: 101 W. 5th Ave
City, State & Zip Code: Eugene OR 97401
Telephone No.: N/A

Complaint for Violation of Civil Rights (Prisoner Complaint)   1
[Rev. 01/2018]

**Defendant No. 1**   Name: Tina Kotek & The State of Oregon
Street Address: 900 Court St
City, State & Zip Code: Salem OR 97301
Telephone No.: ?

**Defendant No. 2**   Name: Ellen Rosenblum
Street Address: 995 Center Street NE
City, State & Zip Code: Salem OR 97301
Telephone No.: ?

**Defendant No. 3**   Name: Patricia Perlow, Amber Kolsrud, David Schwartz
Street Address: 125 E 8th Ave Room 400
City, State & Zip Code: Eugene OR 97401
Telephone No.: 541-682-4261

**Defendant No. 4**   Name: Cliff Harold
Street Address: 101 W. 5th Ave
City, State & Zip Code: Eugene OR 97401
Telephone No.: ?

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

5th Ammendment, 6th Ammendment, 8th Ammendment, & 14th Amendment and ADA protections

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

The state through its representatives Tina Kotek, Ellen Rosenblume, Patricia Perlow, David Schwartz, Amber Kolsrud, and Cliff Harrold have held Mr. Brown for five months without adequate legal counsel inflicting serious mental, emotional, and physical harm to his person. Mr. Brown has had three seprate attorneys and now has none. He did not receive Discovery until his third attorney months after being taken into custody

### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

The State through its representatives have been deliberately indifferent to the seriousness perpetuating

Complaint for Violation of Civil Rights (Prisoner Complaint)    3
[Rev. 01/2018]

the state and its under represented peoples by not correcting the unconstetutional disparity in legal representation for over a year. The State, with prior knowledge of the facts, continues to operate less the public counsel needed to adequately ajudicate allegations in a constitutionally acceptable manor, creating serious mental, emotional and physical trauma on Mr. Brown and thousands of others.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

The State through its representatives specifically the Lane County District attorneys Patricia Perlow, David Schwartz, and Amber Kolsrud, submitted innaccurate and or false evidence against mr Brown used to hold detainees like himself in custody barring them from challenging evidence or to correct evidence by threat, coercion, and or intimidation. resulting in the foreclosure of his home, the loss of all his possesions, a $30,000 judgement, severe mental, emotional and physical trauma.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☐ Yes     ☒ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

1) Waive the Administrative remedy requirement as it is futile to ask Lane County adult Corrections to make decisions for the state, And due to the ongoing abuse being applied to Mr. Brown Expedited review is necessary

2) Stay of Prosecution for Mr. Brown.

3) Release from custody

4) $10,000,000 (ten million dollars) person damages

5) Punitive Damages to be determined by the Court.

6) Dismissal of All filed or non filed charges from today back, with prejudice

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of June, 2023.

_____
(Signature of Plaintiff)