James Ervin Brown Jr.                CASE No. 6:23-cv-00951-AR
   Plantiff,                         Motion to dismiss or
   V                                 withdraw Action.
State of Oregon et al.

    Plantiff James Ervin Brown Jr. moves to have his request for this case to be withdrawn. Mr. Brown, since filing this action, has been afforded legal representation in regards to his criminal case making the majority of his claims moot.

    Mr. Brown would like to mention that in no way shape or form was his intent to be malicious nor file frivolous. Mr. Brown believed and still does that the State of Oregon and its representatives would/could have been liable for failing to address the disperity in the public defender services. In regards to his allegations or claims in regards to his criminal case. His 1983 filing was made due to his case still being active, Mr. Brown has not been sentenced, Since his filing he has learned that his case needs to be adjudicated to seek a claim. Mr. Brown would ask the courts forgiveness in his mistakes as he is only provided 50 to 60 minutes in the law library once per week and has to research and hand write all information he finds.

The Lane County Jail does not allow the use of printers or wordprocessors. Finally, Mr. Brown has another action that requires his full attention with your court and his approximately 1 hour once a week would be best served, in the light of his mistakes on this case and his denial of counsel, on correctly and accurately working on that case.

Finally, if the court would have mercy on Mr. Brown in relation to his court fees. He gets little to no financial assistance and would greatly appreciate the courts waiver of fees owed.

James Brown Jr

James Brown / OJD
101 W 5th Ave
Eugene OR 97401

EUGENE OR 974
24 AUG 2023 PM 4 L

USA ★ FOREVER

Legal mail

Clerk of the Court
Mark O Hatfield Courthouse
1000 SW Third Ave
Portland OR 97204

97204-293099