IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES ERVIN BROWN, JR.,

    Plaintiff,

v.

STATE OF OREGON, et al.,

    Defendants.

Case No. 6:23-cv-00951-AR

**ORDER**

**ARMISTEAD, Magistrate Judge**

The court GRANTS plaintiff James Ervin Brown, Jr.'s Motion to Dismiss or Withdraw Action (ECF No. 7). IT IS ORDERED that this action is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED:     March 21, 2024

/s/ Jeff Armistead
Jeff Armistead
United States Magistrate Judge

1 - ORDER